THE FIRST NATIONAL BANK OF CHAMPLAIN, Appellant, *v.*
ORVILLE K. WOOD et al., Respondents.

*First National Bank* v. *Wood*, 86 Hun, 491, affirmed.
(Argued October 13, 1898; decided November 22, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the third judicial department, entered May

18, 1895, affirming a judgment in favor of defendants entered upon the report of a referee.

*Royal Corbin* for appellant.

*G. H. Beckwith* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.